UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ROBERT SMITH (#579741) | DOCKET NO. 17-CV-1310-P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| TERRANCE HAULCY, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 7), noting the absence of objections thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED** without prejudice in accordance with the provisions of Rule 41 of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the _____ day of April, 2018.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE